# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1764. KENNETH GRAVITT v. THE STATE.**

On February 16, 2024, the trial court entered an order revoking a portion of Kenneth Gravitt's probation for violating a special condition of his probation. On March 28, 2024, the trial court entered a "Consent Order to Modify Probation Order," clarifying the revocation. Gravitt filed a pro se notice of appeal seeking to appeal the probation revocation order on May 6, 2024. We lack jurisdiction for at least two reasons.

First, appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269 n. 2 (745 SE2d 1) (2013). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (failure to comply with the discretionary appeal procedure, where applicable, requires dismissal of the appeal for lack of jurisdiction). Thus, Gravitt's failure to follow the proper procedure deprives us of jurisdiction over this appeal.

Second, even if a direct appeal were proper in this case, Gravitt's appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Gravitt's notice of appeal was untimely, as it was filed 39 days after entry of the trial court's modification order.

For each of the foregoing reasons, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,___07/10/2024_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*